UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD McMURRAY,

    Plaintiff,

v.

UNKNOWN DUNNIGAN, et al.,

    Defendants.
_____/

Case No. 1:20-cv-847

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Breedlove, Dunnigan, King, Martin, Rockwell, Silvernail, Skipper, and Wixson filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 7, 2021, recommending that this Court grant the motion and dismiss Plaintiff's claims.[1] The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 13) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against all Defendants are DISMISSED WITHOUT PREJUDICE.

---

[1] Defendants Miller, Burke, and Hilding were dismissed from this lawsuit by prior Order (ECF No. 6).

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: July 8, 2021  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge