UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD McMURRAY,

    Plaintiff,

v.

UNKNOWN DUNNIGAN, et al.,

    Defendants.
_____/

Case No. 1:20-cv-847

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: July 8, 2021            /s/ Paul L. Maloney
                                                                                                                                   Paul L. Maloney
                                                                                                           United States District Judge